# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 163 MAL 2017
:
        Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
THOMAS D. RICE, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.